UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUAN VALLEJO-FLORES,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE et al.,<br><br>Respondents. | CASE NO. 2:26-cv-04548-JNW<br><br>ORDER |

Petitioner Juan Vallejo-Flores has filed a proposed 28 U.S.C. § 2241 habeas petition, Dkt. No. 1-1, and an application to proceed in forma pauperis ("IFP"), Dkt. No. 1. Vallejo-Flores's IFP application shows that he has no savings or income, as he is detained, and his detainee trust account holds just $5.58 as of November 4, 2026. Dkt. No. 1 at 3. On this record, the Court finds that Vallejo-Flores would experience financial difficulty in paying the filing fee. Accordingly, the Court GRANTS his IFP application.

Dated this 23rd day of November, 2026.

Jamal N. Whitehead
United States District Judge